UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD WONG,<br><br>        Defendant.<br>_____/ | CR 05-00375 SI<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

THE PARTIES HEREBY STIPULATE AND AGREE that conditions of pretrial release for defendant RICHARD WONG be modified so as to terminate his electronic monitoring conditions and to maintain a curfew at the discretion of Pretrial Services. All other conditions previously imposed will remain the same.

Pretrial Services Officer Richard Sarlatte advised defense counsel that he has no objection to said modification.

Dated: March 22, 2006

 /s/ EAN VIZZI                                             /s/ ANDREW SCOBLE
EAN VIZZI                                                    ANDREW SCOBLE
Attorney for Defendant                              Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:

_____
SUSAN ILLSTON, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331