EAN VIZZI, Esq. (CSBN 209444)
506 Broadway
San Francisco, CA 94133
Tel: 415/986-5591
Fax: 415/421-1331

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RICHARD WONG,

    Defendant.
    _____/

CR 05-00375 SI

STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

    THE PARTIES HEREBY STIPULATE AND AGREE that conditions of pretrial release for defendant RICHARD WONG be modified so as to terminate his condition requiring curfew. All other conditions previously imposed will remain the same.

    Pretrial Services Officer Anthony Granatos advised defense counsel that he has no objection to said modification.

    Dated: August 8, 2006

 /s/ EAN VIZZI                             /s/ ANDREW SCOBLE
EAN VIZZI                                       ANDREW SCOBLE
Attorney for Defendant                  Assistant U.S. Attorney

    IT IS SO ORDERED.

    Dated: 8/15/06

                                         NANDOR VADAS, Magistrate Judge
                                         United States District Court