| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | ANDREW M. SCOBLE (CASBN 124940)<br>ALEXIS HUNTER (NYSBN 3939824) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Ave.<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7249<br>Fax: (415) 436-7234 |
| 8 | E-Mail: andrew.scoble@usdoj.gov<br>alexis.hunter@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>RICHARD WONG,<br>  Defendant. | No.: CR 05-0375 SI<br><br>UNITED STATES' APPLICATION FOR LEAVE TO FILE OVERSIZE BRIEF; AND PROPOSED ORDER<br><br>Hearing: October 27, 2006<br>Time: 11:00 a.m.<br>Place: Courtroom 10 (19th Fl.)<br><br>Excludible Time: September 12, 2006 through disposition, per 18 U.S.C. § 3161(h)(1)(F) |

## APPLICATION

The United States respectfully requests permission pursuant to Criminal Local Rule 47-2(d), which refers to Civil Local Rule 7-4(b), to file an Opposition memorandum to defendant Wong's 29-page brief in support of his motion to dismiss the pending

APP. FOR LEAVE TO FILE
OVERSIZE BRIEF; AND
PROPOSED ORDER THEREON

indictment, which exceeds twenty-five pages of text.

In support of this application, the United States submits that the defendant's memorandum in support of his motion is 29 pages in length, and that it raises numerous issues bearing on alleged constitutional issues. To adequately address the law relevant to the motion, the United States respectfully requests that the Court permit the filing of the accompanying 29-page Opposition memorandum. The United States submits herewith a [Proposed] Order, with the accompanying proposed Opposition memorandum.

Dated: October 5, 2006      Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____/S/_____
ANDREW M. SCOBLE
ALEXIS HUNTER
Assistant United States Attorneys


[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZE BRIEF

For good cause appearing, the Court hereby GRANTS leave to the United States to file an oversize brief (of 29 pages in text) in consolidated opposition to defendant Richard Wong's motion to dismiss the pending indictment.

Dated: _____
HON. SUSAN ILLSTON
United States District Judge

APP. FOR LEAVE TO FILE
OVERSIZE BRIEF; AND
PROPOSED ORDER THEREON      2