DAVID M. MICHAEL, Esq. (CSBN 74031)
294 Page St.
San Francisco, CA 94102
Tel: 415/621-4500

EAN VIZZI, Esq. (CSBN 209444)
506 Broadway
San Francisco, CA 94133
Tel: 415/986-5591

Attorneys for Defendant
RICHARD WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00375 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING MOTION BRIEFING SCHEDULE |
| v. | |
| RICHARD WONG, | |
| Defendant. / | |

     This is a request for an extension of time to file Defendant's Reply Brief in Support of Defendant's Motion to Dismiss the Indictment on Ex Post Facto and Due Process Grounds. The briefing schedule in the above-referenced matter calls for Defendant's Reply brief to be filed on October 13, 2006. Defendant's motion to dismiss was filed on September 12, 2006 (ECF Document No. 485) and the government's Opposition was filed on October 5, 2006 (ECF Document No. 512). Due to the fact that attorney David M. Michael has been out of the country between the time that the government's Opposition was filed on October 5, 2006 through the present, counsel has had difficulty coordinating said Reply. As such, Defendant requests a one-week extension to file Defendant's Reply Brief, moving the deadline to October 20, 2006. Assistant United States Attorney Andrew Scoble has been contacted and he has agreed to this proposed extension. The hearing date would remain set on October 27, 2006.

IT IS SO STIPULATED,

DATE: 10/18/06  /s/ EAN VIZZI
Attorney for Defendant
RICHARD WONG

DATE: 10/18/06  /s/ ANDREW SCOBLE
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

That defendant's Reply brief in support of defendant's Motion to Dismiss on Ex Post Facto and Due Process Grounds shall be filed by October 20, 2006

Dated:

SUSAN ILLSTON,
United States District Court Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2