| | |
|---|---|
| 1  EAN VIZZI, Esq. (CSBN 209444)<br>   506 Broadway<br>2  San Francisco, CA 94133<br>   Tel: 415/986-5591<br>3  Fax: 415/421-1331<br>4  Attorney for Defendant,<br>   RICHARD WONG | **FILED**<br>JUL 10 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-00428 SI and CR-00375 SI |
| Plaintiff, | STIPULATION AND ORDER ALLOWING TRAVEL |
| v. | |
| RICHARD WONG, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant RICHARD WONG may travel outside the Northern District of California, from July 17- July 21, 2008, to Hawaii. Prior to travel, defendant RICHARD WONG agrees to provide Pretrial Services with his travel itinerary and contact information and other travel information as requested by Pretrial Services.

Pretrial Services Officer Michelle Nero has advised counsel that she has no objection to the requested travel plans, under the conditions proposed herein.

| | |
|---|---|
| /s/ EAN VIZZI | /s/ NICOLE KIM |
| EAN VIZZI | NICOLE KIM |
| Attorney for Defendant | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: 7/8/08

MARIA-ELENA JAMES  *Nanmor Vdes*
U.S. Magistrate Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331